IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1419 CAMELLIA DRIVE, EAST PALO ALTO, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 063-412-010,<br><br>  Defendant.<br>_____/ | No. C 09-02577 CW<br><br>ORDER VACATING SEPTEMBER 15, 2009 ORDER STAYING THIS ACTION |

   On September 15, 2009, the Court issued an order staying this action and setting a case management conference for September 15, 2010 (Docket No. 25).  This order was issued in error and is vacated.  See Fed. R. Civ. P. 54(b).  The parties will proceed on the regular briefing schedule.  The Court will consider Defendant's memorandum in opposition (Docket No. 26) filed on September 15.  The Government must file its reply by September 24.  The matter will be taken under submission on the papers.

   IT IS SO ORDERED.


Dated: September 16, 2009

                                   _____
                                   CLAUDIA WILKEN
                                   United States District Judge