JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone:  415.436.7303
    Facsimile:   415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 09-02577 CW |
|                 Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE CMC AND ORDER |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1419 CAMELLIA DRIVE, EAST PALO ALTO, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 063-412-010 ) | |
|                 Defendant. ) | |

///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE CMC
AND ORDER                                                              *1*

1 | Due to the anticipated settlement of this matter, IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Monetta James, through undersigned counsel, that the case management conference, currently scheduled for April 13, 2010, be continued for 30 days, or the earliest available date thereafter.

Dated: 04/12/10

_____/S/_____
JAMES ROBERTS, ESQ.
Attorney for Claimant
MONETTA JAMES

Dated: 04/12/10

_____/S/_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

## **ORDER**

UPON CONSIDERATION of the government's request, the entire record, and for good cause shown, it is by the Court on this 12th day of April, 2010

ORDERED that the Case Management Conference in the instant case be, and hereby is, CONTINUED until June 1, 2010, at 2:00 p.m. An updated Case Management Statement will be due one week prior to the conference.

_____
CLAUDIA WILKEN
United States District Judge

STIPULATION TO CONTINUE CMC
AND ORDER                                                                                                             *2*