JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone:  415.436.7303
    Facsimile:   415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1419 CAMELLIA DRIVE, EAST PALO ALTO, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 063-412-010 <br>     Defendant. | No. C 09-02577 CW <br><br> STIPULATION TO CONTINUE CMC AND ORDER |

///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE CMC
AND ORDER                     *1*

1    Due to the anticipated global settlement of this matter and the anticipated plea Lowell James in the related criminal matter, IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Monetta James, through undersigned counsel, that the case management conference, currently scheduled for June 1, 2010, be continued for 60 days, or the earliest available date thereafter.

Dated: May 25, 2010

/S/_____
JAMES ROBERTS, ESQ.
Attorney for Claimant
MONETTA JAMES

Dated: May 25, 2010

/S/_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

## ORDER

UPON CONSIDERATION of the parties' request, the entire record, and for good cause shown, it is by the Court on this 26th day of May, 2010, ORDERED that the Case Management Conference in the instant case be, and hereby is, CONTINUED until August 3, 2010.

_____
CLAUDIA WILKEN
United States District Judge

STIPULATION TO CONTINUE CMC
AND ORDER                                                                                      2