1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: 415.436.7303

7 | Facsimile:  415.436.7234
Email: david.countryman@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,   )
    )  No. CV 09-2577 CW
14 |              Plaintiff,    )
    )
15 |        v.                  )
    )  STIPULATION TO CONTINUE CMC
16 | REAL PROPERTY AND IMPROVEMENTS )  AND ~~PROPOSED~~ ORDER
     LOCATED AT 1419 CAMELLIA DRIVE, )
17 | EAST PALO ALTO, CALIFORNIA, )
     ASSESSOR'S PARCEL NUMBER 063-412- )
18 | 010,                        )
    )
19 |              Defendant.    )
    )

20

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

STIPULATION TO CONTINUE CMC
AND PROPOSED ORDER                                                      *1*

Due to the anticipated global settlement of this matter, and the June 4, 2010 plea of Lowell James and the anticipated sentencing on September 8, 2010 in the related criminal matter, IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Monetta James, through undersigned counsel, that the case management conference, currently scheduled for August 3, 2010, be continued for 60 days, or the earliest available date thereafter.

Dated: July 23, 2010

    /S/   *James Roberts*
JAMES ROBERTS, ESQ.
Attorney for Claimant
MONETTA JAMES

Dated: July 23, 2010

    /S/   *David B. Countryman*
DAVID B. COUNTRYMAN
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

UPON CONSIDERATION of the parties' request, the entire record, and for good cause shown, it is by the Court on this ____26th____ day of July, 2010, ORDERED that the Case Management Conference in the instant case be, and hereby is, CONTINUED until __September 8, 2010_____ .

_____
CLAUDIA WILKEN
United States District Judge

STIPULATION TO CONTINUE CMC
AND PROPOSED ORDER

*2*