JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1419 CAMELLIA DRIVE, EAST PALO ALTO, CALIFORNIA, ASSESSOR'S PARCEL NUMBER 063-412-010<br><br>                Defendant. | No. C 09-02577 CW<br><br>SETTLEMENT AGREEMENT |

    The parties stipulate and agree as follows:

    1. Plaintiff is the United States of America ("United States"). Defendant is the real property and improvement located at 1419 Camellia Drive, East Palo Alto, California, Assessor's Parcel Number 063-412-010 (hereinafter "defendant real property"). After proper notification and publication was given, the only person who filed a timely Claim in this action is claimant Monetta James (hereafter "Claimant" or "James"). As a result, only Claimant has a right to claim the defendant real property. The United States and Claimant are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or

SETTLEMENT AGREEMENT                                                            *1*

"Agreement."

2.  The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

3.  The parties further agree that this Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

4.  This settlement is a compromise over disputed issues and does not constitute any admission of wrongdoing or liability by any party. Neither party shall be considered a prevailing party.

5.  This Agreement is expressly conditioned on the following conditions. The failure of the occurrence of any of these conditions is grounds for cancellation and termination of this Agreement upon written notice of either party. In the event this Agreement shall be cancelled, the parties shall be deemed to have reverted to their respective status and position as if this Agreement had never occurred.

    A.  Monetta James shall sign the attached Hold Harmless agreement.

    B.  Within 20 days from the receipt of the Hold Harmless, the United States will file releases of the lis pendens filed in the instant action as well as the lis pendens filed in <u>United States v. Desean Gardner</u>, *et al*, CR 09-00203 CW. Copies will be provided to the Claimant for filing with the County Recorder. The release of the lis pendenses shall be in full settlement and satisfaction of any and all claims by Claimant, her heirs, representatives and assignees to the defendant real property. Claimant, her heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or

indirectly related to the filing of the two lis pendenses fled against the defendant real property and all facts alleged in the Complaint for Forfeiture.

6. All notices or documents to be provided to Claimant shall be sent to James Roberts, Ten Almaden Boulevard, San Jose, California, 95113. All notices or documents to be provided to the United States shall be sent to AUSA David Countryman, 450 Golden Gate Ave, 11th Floor, San Francisco, CA 94102.

7. The United States and Claimant agree that each party shall pay its own attorneys' fees and costs.

8. Upon completion of the conditions, the parties shall file a stipulation to dismiss the present action.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: ~~August~~ September 2, 2010

_____
DAVID COUNTRYMAN
Assistant United States Attorney

Dated: ~~August~~ September 1, 2010

_____
JAMES ROBERTS
Attorney for Claimant Monetta James

Dated: August 30, 2010

_____
MONETTA JAMES
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS __9th__ DAY OF __September__, 2010

_____
HONORABLE CLAUDIA WILKIN
United States District Judge

SETTLEMENT AGREEMENT                                                              3

**Hold Harmless**

Monetta James, and the United States, by and through its counsel, Joseph P. Russoniello, United States Attorney, and Garth Hire, Assistant U.S. Attorney, do hereby agree to the following:

1. In consideration of the terms of the plea agreement entered into between Lowell James and the United States in Criminal Case CR 09-00203 CW, Monetta James, mother of the defendant, agrees as follows.

2. Monetta James acknowledges that she has been informed and advised of her right to retain counsel of her own choosing to represent her and that she enters into this agreement upon the advice of her own counsel.

3. Monetta James agrees that there was reasonable cause for the seizure, arrest, or other encumbrance of property in this case and agrees that the person or persons who made the arrest or the prosecutor shall not be liable to suit or judgment.

4. Monetta James, her heirs, representatives and assignees shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the filing of the two lis pendenses filed against 1419 Camellia Drive, East Palo Alto, CA; all facts alleged in Criminal Case CR 09-00203 CW; and all facts alleged in the related civil forfeiture action, C 09-02577 CW.

6. Monetta James agrees she is not a prevailing party in Civil Case CV 09-02577 CW and agrees to waive any and all right to attorney fees or other litigation costs.

5. This agreement constitutes the entire agreement of the parties and relates solely to the matters described in this agreement.

DATED: Aug. 30, 2010

_____
MONETTA JAMES

DATED: 9-1-10

_____
JAMES ROBERTS, ESQ.
Attorney for Monetta James