1 | MELINDA HAAG (CSBN 132612)
United States Attorney

2

3 | MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

4 | DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone:  415.436.7303

7 | Facsimile:   415.436.7234
Email: david.countryman@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12

13 | UNITED STATES OF AMERICA,           )
                                       )    No. C 09-02577 CW
14 |                    Plaintiff,       )
                                       )
15 |         v.                          )
                                       )    STIPULATED REQUEST FOR
16 | REAL PROPERTY AND IMPROVEMENTS     )    DISMISSAL
     LOCATED AT 1419 CAMELLIA DRIVE,    )
17 | EAST PALO ALTO, CALIFORNIA,         )
     ASSESSOR'S PARCEL NUMBER 063-412-   )
18 | 010                                 )
                                       )
19 |                    Defendant.       )
                                       )
20

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

REQUEST FOR DISMISSAL                                                                    *1*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the Settlement agreement previously filed in this action, the parties hereby submit this request to dismiss the above-captioned action.

IT IS SO STIPULATED:                    MELINDA HAAG
                                         United States Attorney


Dated:                                   _____
                                         DAVID COUNTRYMAN
                                         Assistant United States Attorney


Dated:                                   _____
                                         JAMES ROBERTS
                                         Attorney for Claimant Monetta James


Dated:                                   _____
                                         MONETTA JAMES
                                         Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS <u>25th</u> DAY OF <u>January</u>, 20<u>11</u>

_____
HONORABLE CLAUDIA WILKIN
United States District Judge

REQUEST FOR DISMISSAL                                                    *2*